RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE   10 / 4   / 11
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JAMES EARL BAKER                       DOCKET NO. 11-CV-824; SEC. P

VERSUS                                 JUDGE JAMES T. TRIMBLE, JR.

WARDEN MARINA MEDINA                   MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED and DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 4 th day of _____October_____ 2011.


_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE